Priority ____
Send ____
Enter ____
Closed ____
~~JS-5~~/JS-6 ____
IS-2/JS-3 ____
O ____

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

SHAWN EARL BERRY,

                Petitioner,

        v.

K. HARRINGTON, Acting Warden,

                Respondent.

Case No. CV 09-4269-VAP (OP)

J U D G M E N T

    Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

    IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: March 31, 2010

HONORABLE VIRGINIA A. PHILLIPS
United States District Judge

Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge